IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 0:22-cv-60988-Moreno

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| KEVIN W. WESSELL, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

**<u>NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS</u>**

Please take notice, pursuant to Local Rule 3.8, that this case may be considered related to *In re Tax Liabilities of John Does*, No. 0:18-cv-62135-Dimitrouleas, which was closed on September 13, 2018.

Dated: June 3, 2022				Respectfully Submitted,

							David A. Hubbert
							Deputy Assistant Attorney General

							**Jeremy A. Rill**
							Jeremy A. Rill
							Special Bar No. A5502675
							Fla. Bar No. 124485
							**Amy Matchison**
							Amy Matchison
							Special Bar No. A5502904
							Cal. Bar No. 217022
							Trial Attorneys, Tax Division
							U.S. Department of Justice
							P.O. Box 14198
							Washington, D.C. 20044
							202-307-0513 (Rill)
							202-307-6422 (Matchison)
							Fax: 202-514-4963
							Jeremy.A.Rill@usdoj.gov
							Amy.T.Matchison@usdoj.gov

							Of Counsel:

							Juan A. Gonzalez
							United States Attorney
							Southern District of Florida