# CIVIL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

HONORABLE **FEDERICO A. MORENO** Presiding

Case No. 22-60988-CV-MORENO        Date: June 27, 2022

Clerk:     **Shirley Christie**        Reporter:    **Gilda Pastor-Hernandez**

**United States of America v. Wessell**


Reason for hearing: **Telephonic Motion Hearing**


TIME:   20 minutes